UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                                                    :
155 WOOSTER LLC,                                                    :
                                                                    :
                              Plaintiff,                            :
                                                                    :
              -v-                                                   :            20-CV-4044 (JMF)
                                                                    :
LORI BRUNO, et al.,                                                :            <u>ORDER</u>
                                                                    :
                              Defendants.                           :
                                                                    :
--------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        Plaintiff 155 Wooster LLC brings this action against Defendants Lori Bruno and Modern

Manhattan, LLC, invoking the Court's subject matter jurisdiction on the ground of diversity of

citizenship.  *See* 28 U.S.C. § 1332.  Plaintiff alleges that it is a citizen of New York.  *See* ECF

No. 1 ("Complaint") ¶ 6.  It alleges that Modern Manhattan, LLC is a citizen of Pennsylvania.

*See id.* ¶ 7.

        It is well established that a limited liability company ("LLC") is deemed to be a citizen of

each state of which its members are citizens.  *See, e.g.*, *Handelsman v. Bedford Vill. Assocs. L.P.*,

213 F.3d 48, 51-52 (2d Cir. 2000); *see also Altissima Ltd. v. One Niagara LLC*, No. 08-CV-

756S(M), 2010 WL 3504798, at *2 (W.D.N.Y. Sept. 2, 2010) (noting that every other Court of

Appeals to have considered LLC citizenship has held that an LLC has the citizenship of all of its

members).  Thus, a complaint premised upon diversity of citizenship must allege the citizenship

of natural persons who are members of an LLC and the place of incorporation and principal

place of business of any corporate entities that are members of the LLC (including the

citizenship of any members of the LLC that are themselves LLCs).  *See Handelsman*, 213 F.3d at

51-52; *see also, e.g.*, *In re Bank of Am. Corp. Sec., Derivatives, and ERISA Litig.*, 757 F. Supp. 2d 260, 334 n.17 (S.D.N.Y. 2010).  In the present case, the Complaint fails to do so.

Accordingly, it is hereby ORDERED that, on or before **June 11, 2020**, the Plaintiff shall amend its Complaint to allege the citizenship of each constituent person or entity comprising the Defendant LLCs as well as the citizenship of all individual parties.  If, by that date, the Plaintiff is unable to amend the Complaint to truthfully allege complete diversity of citizenship, then the Complaint will be dismissed for lack of subject matter jurisdiction without further notice to either party.

SO ORDERED.

Dated: May 28, 2020
    New York, New York

_____
JESSE M. FURMAN
United States District Judge