UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 155 WOOSTER LLC,<br><br>                               Plaintiff,<br><br>   -v-<br><br>LORI BRUNO, *et al.*,<br>                              Defendants. | 20-CV-4044 (JMF)<br><br>ORDER FOLLOWING<br>PRETRIAL CONFERENCE |

JESSE M. FURMAN, United States District Judge:

As discussed on the record at the telephone conference held earlier today, the Court ORDERS as follows:

1. By September 17, 2020, Plaintiff shall file a motion for summary judgment.

2. By October 1, 2020, Defendants shall file any opposition to Plaintiff's motion.

3. By October 8, 2020, Plaintiff shall file any reply to Defendant's opposition.

4. Plaintiff shall promptly file on the docket the stipulation reflecting service on Defendant Modern Manhattan, LLC d/b/a Linge Roset.

SO ORDERED.

Dated: August 26, 2020
       New York, New York

                                                  _____
                                                        JESSE M. FURMAN
                                                 United States District Judge