UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
           :
155 WOOSTER LLC,          :
        Plaintiff,  :
          :   20-CV-4044 (JMF)
   -v-     :
          :   <u>ORDER</u>
LORI BRUNO, et al.,      :
        Defendants.  :
          :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     This case is now stayed as to Defendant Lori Bruno by reason of Section 362 of the Bankruptcy Code. In light of that stay, Plaintiff is ORDERED to file a letter on ECF by **November 13, 2020,** indicating whether it intends to pursue the case as to Defendant Modern Manhattan, LLC, and if so, proposing appropriate next steps.

     SO ORDERED.

Dated: November 10, 2020
       New York, New York
                                       JESSE M. FURMAN
                                  United States District Judge