UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
    :
155 WOOSTER LLC,    :
    :
                                 Plaintiff,    :
    :    20-CV-4044 (JMF)
          -v-    :
    :    <u>ORDER</u>
LORI BRUNO, et al.,    :
    :
                         Defendants.    :
    :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The show cause hearing — currently scheduled for December 14, 2020 — is hereby rescheduled for **December 15, 2020** at **2:00 p.m.** The hearing will be held remotely by teleconference in accordance with Rule 2(A) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.)

      As stated in Rule 2(C)(ii) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, **no later than 24 hours before the conference**, the parties shall send an email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call. More broadly, counsel should review and comply with the rules and guidance regarding teleconferences set forth in the Court's Emergency Individual Rules and Practices in Light of COVID-19.

      Plaintiff is ORDERED to serve Defendant Modern Manhattan LLC via overnight courier with a copy of this Order within **one business day of the date of this Order**. By **December 14, 2020,** Plaintiff must file proof of such service on the docket.

      SO ORDERED.

Dated: December 10, 2020              _____
      New York, New York             JESSE M. FURMAN
                                           United States District Judge