UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                    :

155 WOOSTER LLC,                      :

                               :

                Plaintiff,        :

                               :        20-CV-4044 (JMF)

        -v-                     :

                               :          ORDER

LORI BRUNO, et al.,              :

                               :

                Defendants.     :

                               :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        As stated on the record during today's teleconference, the Court is not convinced, based on the current record, that the law firm Ciardi Ciardi & Astin was authorized to accept service of the Amended Complaint on behalf of Defendant Modern Manhattan LLC. *See* ECF No. 19; *see, e.g.*, *Yaxin Jing v. Angel Tips, Inc*., No. 11-CV-5073 (RRM) (JMA), 2013 WL 950585, at *3 n.1 (E.D.N.Y. Mar. 11, 2013). Accordingly, the Court reserves judgment on Plaintiff's motion for default judgment as to Defendant Modern Manhattan LLC. *See* ECF No. 30. Plaintiff is ORDERED to file on ECF, no later than **December 22, 2020**, a letter explaining whether it believes that service was, in fact, proper, or alternatively proposing next steps. As discussed, the Court will issue an order thereafter, at which time Plaintiff will be ordered to serve a copy of this Order, its letter, and that Order on Defendant. Put differently, Plaintiff need not serve this Order unless and until the Court orders otherwise.

        SO ORDERED.

Dated: December 15, 2020
       New York, New York                               
                                       JESSE M. FURMAN
                                   United States District Judge