UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
155 WOOSTER LLC, :
:
Plaintiff, :
: 20-CV-4044 (JMF)
-v- :
: ORDER
LORI BRUNO, et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On December 2, 2020, Plaintiff filed a motion for default judgment, ECF No. 30, against Defendant Modern Manhattan, LLC d/b/a Linge Roset ("Modern Manhattan") as to the first cause of action in Plaintiff's Amended Complaint, ECF No. 8. To date, Modern Manhattan has not appeared or otherwise opposed the motion for default judgment notwithstanding the Court's prior order that any opposition be filed by December 9, 2020. *See* ECF No. 26.

The Court held a hearing on December 15, 2020, regarding Plaintiff's motion. Modern Manhattan did not appear for that hearing. At the hearing, the Court expressed concerns that the Amended Complaint had not been validly served on Modern Manhattan because, based on the record at the time, it was not apparent that the law firm Ciardi Ciardi & Astin was authorized to accept service of the Amended Complaint on behalf of Modern Manhattan. *See* ECF No. 36. Subsequently, on December 21, 2020, the Court received via ECF a signed letter from Lori Bruno, Modern Manhattan's member, confirming that Modern Manhattan had indeed authorized Ciardi Ciardi & Astin to accept service on its behalf. *See* ECF No. 37.

In light of that filing, the Court is now satisfied that Modern Manhattan was properly served with the Amended Complaint. Accordingly, the Court hereby ORDERS that judgment be entered against Modern Manhattan in the amount of $1,340,580.01, without interest.

It is further ORDERED that Plaintiff serve Modern Manhattan via overnight courier with a copy of this Order, along with ECF Nos. 36-37, and file proof of service on the docket by **December 29, 2020.** The Clerk of Court is directed to terminate ECF No. 30, to enter judgment against Modern Manhattan consistent with this Order, and to terminate Modern Manhattan as a party. The proceedings remain stayed as to Defendant Bruno in light of her pending bankruptcy.

SO ORDERED.

Dated: December 23, 2020          _____
       New York, New York                  JESSE M. FURMAN
                                        United States District Judge