UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
155 WOOSTER LLC, :
                     Plaintiff, :
: 20-CV-4044 (JMF)
-v- :
: **ORDER**
LORI BRUNO, et al., :
                     Defendants. :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      By separate order issued today, the Court ordered default judgment to be entered as to Defendant Modern Manhattan, LLC d/b/a Linge Roset.  As the case is stayed with respect to the only other Defendant, Lori Bruno, by reason of Section 362 of the Bankruptcy Code, *see* ECF No. 24, and there is no need to keep the case open pending conclusion of the bankruptcy proceedings, the Clerk of Court is directed to administratively close the case subject to the right of any party to move to reopen it within 21 days of either (1) the conclusion of bankruptcy proceedings or (2) the lifting or modification of the automatic stay as applied to this action.

    SO ORDERED.

Dated: December 23, 2020                             _____
       New York, New York                              JESSE M. FURMAN
                                                                 United States District Judge