**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
155 WOOSTER LLC,

                Plaintiff,

                              20 **CIV** 4044 (JMF)

     -against-                        **DEFAULT JUDGMENT**

LORI BRUNO, et al.,

                Defendants.
---------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated December 23, 2020, judgment is entered against Modern Manhattan, LLC, in the amount of $1,340,580.01, without interest.

**DATED**: New York, New York
           December 23, 2020

                                                  **RUBY J. KRAJICK**
                                                  **Clerk of Court**

                             **BY**: _____
                                                  **Deputy Clerk**